# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREIGHTCAR AMERICA, INC., a Delaware corporation, </br></br> Plaintiff, </br></br> v. </br></br> DAVIS-FROST, INC., a Minnesota corporation, </br></br> Defendant. | Case No. 1:20-CV-07202 |

## DEFENDANT DAVIS-FROST, INC.'S MOTION TO DISMISS THE COMPLAINT FILED BY PLAINTIFF FREIGHTCAR AMERICA, INC.

Defendant Davis-Frost, Inc. ("Davis-Frost") moves to dismiss FreightCar America, Inc.'s ("FCA") Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Davis-Frost does not have connections with the state of Illinois sufficient to permit this Court to exercise personal jurisdiction over it. In the alternative, Davis-Frost asks the Court to transfer this lawsuit to the Western District of Virginia pursuant to the forum-selection clause in the written warranty. Accordingly, Davis-Frost requests that the Court dismiss FCA's Complaint with prejudice, or alternatively, transfer to the Western District of Virginia.

Dated:  February 12, 2021     **LATHROP GPM LLP**

By:   s/Bryan E. Minier
   Bryan E. Minier (Ill #6275534)
    155 North Upper Wacker Drive
    Suite 3000
    Chicago, IL  60606-1787
    (312) 920-3300 – Telephone
    (312) 920-3301 – Facsimile
    Bryan.Minier@LathropGPM.com

   Charles K. Maier (PHV Admission Pending)
    500 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402
    (612) 632-3000 – Telephone
    (612) 632-4444 – Facsimile
    Charles.Maier@LathropGPM.com

   **ATTORNEYS FOR DEFENDANT**

GP:4837-5154-1208 v1