# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

|  |  |
|---|---|
| FREIGHTCAR AMERICA, INC., a Delaware Corporation, <br><br>         Plaintiff, <br><br> v. <br><br> DAVIS-FROST, INC., a Minnesota Corporation, <br><br>         Defendant. | Case No. 6:21-cv-00027-NKM |

## DEFENDANT DAVIS-FROST, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Davis-Frost, Inc., through the undersigned counsel, moves the Court for an order for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure. This motion is based upon all the files, records and proceedings herein, including Davis-Frost, Inc.'s Memorandum of Law in Support of its Motion for Summary Judgment, the Declaration of Charles Maier, and the accompanying exhibits.  For the reasons set forth more fully in its Memorandum of Law, Davis-Frost respectfully requests that this Court grant the pending motion and enter judgment in Davis-Frost's favor.

                                                              Respectfully submitted,

Dated: April 8, 2022                           **LATHROP GPM LLP**

                                                              By:   s/ Charles K. Maier
                                                              Justin L. Sallis (VSB No. 82599)
                                                              Charles K. Maier (PHV – MN Atty. #230315)
                                                              Kristin Stock (PHV – MN Atty. #0400820)
                                                              LATHROP GPM LLP
                                                              The Watergate – Suite 700
                                                              600 New Hampshire Avenue, N.W.
                                                              Washington, D.C. 20037
                                                              Phone: (202) 295-2200
                                                              Fax: (202) 295-2250
                                                              justin.sallis@lathropgpm.com
                                                              charles.maier@lathropgpm.com
                                                              kristin.stock@lathropgpm.com

                                                              **ATTORNEYS FOR DEFENDANT
                                                              DAVIS-FROST, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that via that system the same was served upon all counsel of record.

Dated:  April 8, 2022

/s/ Charles K. Maier
Charles K. Maier (PHV - MN Atty. #230315)
LATHROP GPM LLP
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:   (612) 632-3242
Fax:   (612) 632-4242
Charles.Maier@LathropGPM.com

**ATTORNEYS FOR DEFENDANT DAVIS-FROST, INC.**