12-4-19

- mineral brown next - send time line ◦ (me)

- 74635 -

- send panels to 3rd party testing (me)
- repair plan (greg)

12-7-19

6092-3        34/vs        1.81 #/gal NVR
6092-2        596/vs       2.11 #/gal

Test Results

- All Pass AD
- Mineral Brown + 60 Gloss Black are more sensitive effective to blistering at No Flash + higher temps than T1X yellow.

- All 3 Blisters at 7t
- All

PLAINTIFF'S
EXHIBIT

1

DF0002517

*Darren Stone*

→ Flash Time reduces blisters.
- All blistered units on high with no flash at 140°F on heat lamp test.

- The warmer the air the greater the blistering
  - Blistering

Our coatings will blister
- Dry film build > 5 mils dft per single coat
- Dry film build > 6 mils dft total.

* DTM 265 TTX yellow, Mineral Brown and Black Co 665, performed similarly. All blistered at the same dft, Flash time & temperature.

CONFIDENTIAL - ATTORNEY'S EYES ONLY