Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF VIRGINIA

 3                      LYNCHBURG DIVISION

 4    ----------------------------------------------------------

 5    Freightcar America, Inc., a Delaware Corporation,

 6              Plaintiff,

 7        vs.                    Case No. 6:21-cv-00027-NKM

 8    Davis-Frost, Inc., a Minnesota Corporation,

 9              Defendant.

10    ----------------------------------------------------------

11

12

13              REMOTE DEPOSITION OF DARREN LOWE

14

15

16

17    DATE:   March 23, 2022

18    TIME:   9:30 a.m.

19    PLACE:  Veritext Virtual Videoconference

20

21

22

23

24    REPORTED BY: KELLEY E. ZILLES, RPR (Via Videoconference)

25    JOB NUMBER:  5148290
```

PLAINTIFF'S
EXHIBIT
2

Page 2

1                        APPEARANCES

2

3    On Behalf of the Plaintiff (Via Videoconference):

4          NANCY A. TEMPLE, ESQ.

5          Katten & Temple, LLP

6          209 South LaSalle Street, Suite 950

7          Chicago, Illinois  60604

8          312.663.0800

9          ntemple@kattentemple.com

10

11   On Behalf of the Defendant (Via Videoconference):

12         CHARLES K. MAIER, ESQ.

13         Lathrop GPM, LLP

14         The Watergate - Suite 700

15         600 New Hampshire Avenue Northwest

16         Washington, D.C.  20037

17         202.295.2200

18         charles.maier@lathropgpm.com

19

20

21

22       NOTE:  Original transcript will be delivered to

23   Nancy A. Temple, Esq., as taking party of the

24   deposition.

25

1    what do you mean?

2        A.   The next generation Water-Tuff.

3        Q.   All right.  And so you kept in a folder notes

4    and other documents relating to the formulation of the

5    next gen of Water-Tuff, is that correct?

6        A.   Yes, the work we did with it.

7        Q.   And it says November 2019 with an arrow, what

8    does that mean on the cover?

9        A.   That's like November 2019 to December 2019

10   additive study.

11       Q.   What does that mean?

12       A.   So from the time frame of November 2019 to

13   December 2019 we did an additive study.

14       Q.   When you say additive study, what do you mean?

15       A.   We tested additives into the paint.

16       Q.   What types of additives?

17       A.   I don't recall off the top of my head.

18       Q.   And that was over a one-year period, is that

19   right?

20       A.   One-year period for what?

21       Q.   November 2019 to December 2019 testing for

22   additives?

23       A.   That's one month.

24       Q.   Oh, I'm sorry, one month.

25       A.   Two months, two months, November and December,

Page 12

 1   high film builds.  And then we weren't able to, at the

 2   end of December we presented our results to Freightcar

 3   and we were not able to put additives in there to

 4   eliminate the blistering completely.  So in January we

 5   started, I guess we called it the next gen development,

 6   next gen generation formula to where we were going to

 7   have to look at resins, the additives, the whole thing.

 8   And that's what we did from January 2020 to

 9   February 2021.

10        Q.  Okay.  And is that work complete?

11        A.  Yes.

12        Q.  So you said that the testing that you did of

13   additives in November and December of 2019, Davis-Frost

14   was not able to eliminate the blistering, correct?

15        A.  That's correct.

16        Q.  Did Davis-Frost notify Freightcar that

17   Davis-Frost had been working with Dow Chemical on a

18   blister study?

19        A.  That I don't recall.

20        Q.  You never notified anybody in your dealings with

21   Freightcar, you never notified anyone at Freightcar that

22   you were working with Dow Chemical on a blister study,

23   correct?

24        A.  I don't believe I did.

25        Q.  Now on the first page of Exhibit 224 there is

```
 1   some handwriting in the lower right-hand side that says,

 2   "Blister study, Water-Tuff."  What did you mean when you

 3   wrote, "Blister study, Water-Tuff"?

 4       A.  Blister study, Water-Tuff, it's a tab on a

 5   folder.

 6       Q.  All right.  And this was a project that

 7   Davis-Frost had undertaken to study why blisters were

 8   occurring with its Water-Tuff paint, correct?

 9       A.  Yes.

10       Q.  Did Davis-Frost ever notify Freightcar that

11   Davis-Frost was conducting a "blister study"?

12       A.  I don't think we called it a blister study.

13       Q.  So you never told Freightcar --

14       A.  I don't recall we used the word blister study to

15   Freightcar, I don't recall.

16       Q.  And just to be clear, you never told Freightcar

17   that Davis-Frost was conducting a blister study?

18       A.  I don't recall labeling it as a blister study.

19   They knew we were working on additive packages to

20   eliminate the blistering.

21       Q.  Did you identify any of the additives to

22   Freightcar that you were trying to use in experimenting

23   to eliminate the blistering?

24       A.  I don't think I did.

25       Q.  On the second page of Exhibit 224, the first
```

1    Q.   Okay.   And the dibutyl phthalate, that is the

2    DBP that we were referring to, correct?

3    A.   Yes, that's correct.

4    Q.   And in fact, in Exhibit 224 on that same page

5    right below the Texanol alcohol that you crossed out and

6    wrote hold next to, you also crossed out and wrote hold

7    next to the DBP in that formula, correct?

8    A.   Yes, that's correct.

9    Q.   And that's because at that point in time you

10   suspected that the Texanol and DBP might be creating a

11   film on the outside of the paint and not allowing it to,

12   the solvents to evaporate sufficiently, correct?

13                MR. MAIER:   Object to the form.   Go ahead.

14   A.   I think at that time I didn't, I was trying to

15   figure out what parameters in the formula were causing

16   the blistering.

17   Q.   And you understood that the paint was curing too

18   fast from the outside in at that point, correct?

19   A.   Yes.

20   Q.   And based on your knowledge and chemistry

21   background, you started with looking at the effect of

22   these plasticizers and solvents on the curing process,

23   correct?

24   A.   Yes.

25   Q.   Were you aware that Davis-Frost had previously

Page 38

1    was thinking.  But looking at it now, yes, ma'am.

2        Q.   And you didn't tell Freightcar that applying

3    heat in the drying process might increase blistering in

4    this December 2nd, 2019 letter, did you?

5        A.   Did I what?

6        Q.   You didn't tell Freightcar in December 2019 that

7    applying heat in the drying process would increase

8    blistering?

9        A.   I think we had that discussion.

10       Q.   And it's not referenced in your written letter

11   on December 2nd, 2019 to Freightcar, is it?

12       A.   No.

13       Q.   In fact, you told Freightcar in this letter

14   that, "Davis-Frost believed that using no heat during

15   any of the drying process created the worst case

16   scenario for drying of the paint and produces the

17   greatest potential for blistering to the coating,"

18   correct?

19       A.   That's what it says.  And looking at it now, I

20   think I was trying to say there is if you paint

21   something and it never sees heat, it stays at ambient

22   temperatures, and then the coating sometime after, it's

23   exposed to high temperature, whether it's ambient heat

24   outside or direct sunlight, that could cause blistering.

25       Q.   But you didn't write to Freightcar that

Page 39

```
 1   exposing, after ambient temperature drying of the paint,

 2   exposing the rail car to sunshine or heat would cause

 3   blistering, did you?

 4       A.  I don't recall.

 5       Q.  Well, do you see it in your letter in

 6   Exhibit 225?

 7       A.  I don't see it.

 8       Q.  And you understood that Freightcar was relying

 9   on Davis-Frost's chemical expertise in the information

10   it received from Davis-Frost about Davis-Frost paint?

11           MR. MAIER:  Object to the form.  Go ahead

12   and answer.

13       A.  I assume so.

14       Q.  And you knew that Freightcar didn't have a

15   chemical lab like Davis-Frost did, correct?

16       A.  I'm not sure what Freightcar has or doesn't

17   have.

18       Q.  Were you aware, sir, in December 2019 of any

19   chemist working at Freightcar America who was working in

20   a chemical lab at Freightcar America?

21       A.  Not to my knowledge.

22       Q.  In that same paragraph at the beginning you

23   wrote to Freightcar, "In addition to the work above, we

24   are working on a reduced solvent version of the current

25   TTX yellow (DIW265) that has shown favorable results for
```

Page 53

1       A.   Yes.

2       Q.   So you were as of December 4th going to send

3   panels to some third-party for testing and Greg

4   Carmichael was going to send a repair plan to

5   Freightcar?

6       A.   That seems right.

7       Q.   Did Mr. Carmichael ever send a repair plan to

8   Freightcar?

9       A.   I think he did.

10      Q.   Did you review the repair plan?

11      A.   It's possible.  I'm not recalling at the moment,

12   but it's possible that I did.

13      Q.   Did you do any testing in November or December

14   of 2019 to support any repair plan recommended by

15   Davis-Frost?

16      A.   Not to my knowledge.

17      Q.   On December 7, 2019 you have some further notes,

18   what does that refer to?

19      A.   I think that's a different project.

20      Q.   And when you wrote on December 4th about sending

21   panels to a third-party, did you do that?

22      A.   We prepared them and then Rudy was going to tell

23   us where to send them to and all that and they, they, I

24   believe they cancelled the request to do that.

25      Q.   At the bottom third of this page it says, "Test

Page 54

1   results, all pass AD," that refers to what, an adhesion

2   test?

3       A.  Air dry.

4       Q.  Air dry?

5       A.  Yes.

6       Q.  Okay.  And then you wrote, "Mineral brown and 60

7   gloss black are nonsensitive," and then you crossed that

8   out, or I'm sorry, "more sensitive," and then you

9   crossed that out, is that right?

10      A.  Yeah, it looks like that, more sensitive, yep.

11      Q.  So you originally wrote, "Mineral brown and 60

12  gloss black are more sensitive to blistering at no flash

13  and higher temps than TTX yellow," correct?

14      A.  Originally I wrote it seems more sensitive,

15  yeah, to blistering at no flash, yes, mm-hmm.

16      Q.  Why did you cross out more sensitive?

17      A.  I don't know what the second word is, but it

18  looks like it's are affected, maybe that's what it is,

19  but I don't know.

20      Q.  As of December 2019 were the mineral brown and

21  gloss black performing differently from the TTX yellow

22  Water-Tuff?

23      A.  I don't recall, but the next line says they all

24  blistered at 7 plus mils.

25      Q.  Okay.

Page 55

1     A.  But I can't remember exactly why, I'm drawing a

2  blank, I'm sorry, I just don't.

3     Q.  In any event --

4     A.  I think, yeah, I just don't recall.  I don't

5  recall what I was saying with that or why I changed it.

6     Q.  The next line as you referenced, you wrote, "All

7  three blister at 7 plus," you're referring to 7 plus

8  DFT?

9     A.  Dry film thickness, yeah.

10     Q.  All right.  And by all three you're referring to

11  the three Water-Tuff paints, mineral brown, black and

12  TTX yellow?

13     A.  Yes, I'm assuming, yes.

14     Q.  And that was based on test results as of around

15  December 7, 2019?

16     A.  I don't remember the date, but it's part of that

17  spreadsheet that has all three of them on there, the

18  various scenarios we went over in my deposition.

19     Q.  On the next page of your notes, which is Bates

20  stamped DF2518, you wrote, "Increase flash time, reduces

21  blisters, all blistered 4 mils or higher with no flash

22  at 140 degrees Fahrenheit on heat lamp test."  Was that

23  a true statement as of that point?

24     A.  I believe so.

25     Q.  Okay.  And this was sometime in December of

Page 56

1    2019, correct?

2       A.   Yes.

3       Q.   And you understood that Davis-Frost had

4    recommended 20 minutes flash time in its product data

5    sheet that it published for its Water-Tuff formula,

6    correct?

7       A.   That's correct.

8       Q.   And you also wrote in December 2019 in your

9    notebook, "The warmer the air, the greater the

10   blistering."  What did you mean by, "The warmer the

11   air"?

12      A.   In the oven, the higher the oven temperature,

13   the blistering potential went up at the same film build.

14      Q.   And then you also wrote, "Our coatings will

15   blister, dry film build greater than 5 mils DFT per

16   single coat."  Was that a true statement then as of

17   December 2019 when you wrote that?

18      A.   Yes.

19      Q.   And that was --

20      A.   I'm assuming so.

21      Q.   Okay.  I'm sorry, I didn't mean to interrupt

22   you.  You're assuming that that note that you wrote in

23   December 2019 that Davis-Frost coatings will blister

24   when the dry film build was greater than 5 mils DFT per

25   single coat, that that was based on your testing as of

Page 57

1    that point in time?

2        A.   Yes.

3        Q.   And you also wrote, "Our coatings will blister,

4    dry film build greater than 6 mils DFT total," correct?

5        A.   Yes.

6        Q.   And again, that was based on the testing that

7    you had done of the Water-Tuff paints as of

8    December 2019 when you made these notes?

9        A.   Yes.

10       Q.   Did you tell or communicate to anybody at

11   Freightcar at any time that Davis-Frost testing

12   indicated that the Davis-Frost waterborne paint would

13   blister if the dry film thickness was greater than 5

14   mils DFT per single coat?

15       A.   I don't recall doing so.

16       Q.   Did you tell anybody at Freightcar that in

17   December 2019 Davis-Frost testing indicated that the

18   Davis-Frost waterborne paints would blister with a dry

19   film build of greater than 6 mils DFT total?

20       A.   I don't recall.

21       Q.   Were you instructed not to share that

22   information with anyone at Freightcar at that time?

23       A.   No, I think we shared that in the conference

24   call when we reviewed the spreadsheet in December.

25       Q.   I thought you just testified that you did not

Page 60

1      A.   Okay.

2      Q.   And for the record, this is Bates stamped

3  FCA1234 and it's an Excel spreadsheet that was marked at

4  Dr. Charlie Hegedus' deposition, it was marked as

5  Exhibit 219 at that deposition.  Do you recognize this

6  spreadsheet?

7      A.   Yes.

8      Q.   And this is a spreadsheet of test results that

9  you were talking about that were provided to Freightcar

10  in December 2019?

11      A.   I think so, yes.

12      Q.   Okay.  If you could look at the first set of

13  panels where the panel description is air dry only.

14      A.   Okay.

15      Q.   And do you see where it says DFT 6.1 in the row?

16      A.   Yes.

17      Q.   Did Davis-Frost report to Freightcar any

18  blistering with 6.1 DFT?

19      A.   Here it said pass.

20      Q.   Okay.  And the next row below that where it says

21  7.5 DFT, did Davis-Frost report to Freightcar any

22  blistering at 7.5 DFT with the air dry only panel

23  description?

24      A.   We presented this data to them.

25      Q.   Does it say blistering at 7.5 DFT?

Page 61

1      A.  No, it doesn't.

2      Q.  And then in the next panel descriptions where it

3  says, "One and a half hour flash, three hours at

4  100 degrees Fahrenheit," did Davis-Frost report any

5  blistering at 5.8 DFT?

6      A.  No, it doesn't look like it.

7      Q.  Did Davis-Frost report any blistering under that

8  flashing and drying condition at 7.5 DFT?

9      A.  It looks like they passed.

10     Q.  Okay.  So Davis-Frost is representing to

11 Freightcar in these test results that at air dry only or

12 one and a half hour flash, three hours at 100 degrees

13 Fahrenheit at 7 and a half DFT and below, their paint

14 will not blister, is that fair?

15     A.  From this testing, that's what it shows.

16     Q.  All right.  And then the third set of panel

17 condition description is, "No flash one and a half hours

18 at 140 degrees Fahrenheit."  And that 140 degrees

19 Fahrenheit, that's what you were using as your heat lamp

20 test, correct?

21     A.  No, that's the oven temperature.

22     Q.  Okay.  And what temperature was used in the

23 column for heat lamp test for each of these three

24 waterborne paints?

25     A.  I want to say 160 Fahrenheit.

Page 63

1      Q.   And Davis-Frost was presenting and representing

2    to Freightcar that for the mineral brown there was no

3    blistering at 5.2 DFT with those flashing and curing

4    conditions, correct?

5      A.   That's correct.

6      Q.   And Davis-Frost was also representing that at 6

7    DFT there was no blistering, correct?

8      A.   That's correct.

9      Q.   And I'm looking at the mineral brown again.   Now

10   can you explain the discrepancy between the results in

11   this spreadsheet and your handwritten notes in your

12   notebook?

13              MR. MAIER:   Object to the form.   Go ahead

14   and answer.

15     A.   I don't think I can.   Yeah, I don't know, I

16   can't.

17     Q.   I want to look back at your notes in

18   Exhibit 235.   And we were just looking at the test

19   results in your notes on Page DF2517.

20     A.   2517.

21     Q.   If you could go to the next page which is Bates

22   No. DF2518.

23     A.   Yeah.

24     Q.   And you wrote, "Increased flash time reduces

25   blisters," correct?

Page 64

1     A.  "Increased flash time reduces blisters."

2     Q.  And that was based on your testing in

3 December 2019?

4     A.  Yes.

5     Q.  You also wrote, "All blistered 4 mils or higher

6 with no flash at 140 degrees Fahrenheit on heat lamp

7 test."  Was that based on the test results at that time

8 in December 2019?

9     A.  I'm assuming so.

10    Q.  Can you explain why your spreadsheet in Hegedus

11 Exhibit 219 that was provided to Freightcar does not

12 show any blistering at 4 DFT or higher with no flash at

13 140 degrees Farenheit on the heat lamp test?

14    A.  Let me go back.  And this is the no flash?

15    Q.  Right.

16    A.  On the no flash, I don't know, we did 3.6, 4.1

17 it blistered and then 5.3 it did and 5.6.  I don't have

18 a good answer.

19    Q.  And then looking back at your notes again in

20 Exhibit 235, at the bottom of that page which is DF2518.

21    A.  Hang on, hang on.  235, Page 18, yes.

22    Q.  In your last note that you wrote on that page

23 you wrote, "DIW265 TTX yellow, mineral brown and black

24 60 gloss performed similarly, all blistered at the same

25 DFT, flash time and temperature."  That's a note that

4

Page 80

1      A.   I guess it was that date.

2      Q.   All right.

3      A.   Yes, it seems like Friday, 22nd, mm-hmm.

4      Q.   Did you do anything with this report from Dow

5  Chemical about the blister study when you got it?

6      A.   I don't recall what I did.

7      Q.   Why didn't you share a copy of this blister

8  study with anybody at Freightcar America?

9      A.   I don't know.

10      Q.   And the following Tuesday, November 26, 2019 you

11  traveled to Shoals, Alabama and met with Freightcar

12  about the reported blistering on the Mitsui well car

13  order.  Why didn't you tell Freightcar that you were

14  working with Dow on a blister study to solve the problem

15  at that point in time?

16      A.   I think that was proprietary information, we

17  hadn't disclosed who was our supplier and all of that,

18  that's not something we would share.  I'm assuming

19  that's why we didn't.

20      Q.   What's the big secret about Dow being a supplier

21  to Davis-Frost?

22      A.   Well, it has our resin system in it.

23      Q.   Well, it's a product that, one of many materials

24  that you purchase from third parties, correct?

25      A.   Yep.

Page 101

1   was blistering with the yellow waterborne paint, right?

2       A.   Yes.

3       Q.   And Cal Henning writes to TTX on November 5,

4   2019, "We had undertaken an aggressive development and

5   testing program in our lab to improve the tolerance of

6   our coatings using the BNSF testing specifications as a

7   guide which called for coatings to perform

8   satisfactorily at dry film thicknesses of up to 9 mils.

9   We have been successful in meeting that requirement."

10  What aggressive development and testing program in

11  Davis-Frost's lab had occurred as of November 5, 2019?

12              MR. MAIER:   Object to the form, object as

13  beyond the scope, we produced a different witness for

14  this exhibit.   Go ahead and answer.

15      A.   It's not my email, so I can't answer.

16      Q.   Aside from the email, as of November 5th, 2019

17  as the lead chemist at Davis-Frost, have you

18  participated in an aggressive development and testing

19  program using the BNSF testing specifications as a guide

20  with test results showing satisfactory dry film

21  thicknesses up to 9 mils?

22              MR. MAIER:   Same objection.   Go ahead.

23      A.   I don't recall.

24      Q.   Well, looking at the exhibits that you've looked

25  at and testified about today, it was after November 5th,

Page 102

1   2019 that Davis-Frost began testing on the blister study

2   and all the test results showed that at 9 mils DFT there

3   was blistering, correct?

4               MR. MAIER:  Object to the form.  Go ahead.

5       A.  In which report?

6       Q.  All the November and December 2019 test results.

7       A.  Yes, those were I think blistered at 9.

8       Q.  Had you ever seen any test results that

9   supported Mr. Henning's statement to TTX and Freightcar

10  in Exhibit 125 that existed prior to November 5th, 2019?

11              MR. MAIER:  Object to the form, beyond the

12  scope.  Go ahead.

13      A.  I don't recall.

14              MS. TEMPLE:  All right.  Why don't we take

15  a ten-minute break and I'll just check my notes and see

16  how much more I have, and if I do, it's not much.

17              MR. MAIER:  Okay.  Let's come back in ten

18  minutes.

19              (A break was taken at 1:44 p.m.)

20  BY MS. TEMPLE:

21      Q.  I just have a few questions.  First, Mr. Lowe,

22  can you refresh your exhibit folder and open up what's

23  been marked Exhibit 244.

24      A.  Okay.

25      Q.  All right.  And this is an email that you

Page 111

1      A.  I don't recall.

2      Q.  On the second page of this document under

3  application, 5A refers to 4 to 8 mils dry film

4  thickness?

5      A.  Yes, ma'am.

6      Q.  We saw from your notes that the testing in

7  November 2019, December 2019 indicated that there was

8  blistering at more than 5 mils DFT per single coat

9  application and more than 6 mils DFT total.  Are you

10 aware of any other testing that relates to that

11 statement in 5A?

12          MR. MAIER:  Object to the form, assumes

13 facts not in evidence.  Go ahead and answer if you are

14 able.

15     A.  I think that statement was, I, I don't have any

16 data that made that statement, that was something I

17 think Cal put in there.

18     Q.  Okay.  And what basis did Cal Henning have to

19 put that statement in there?

20     A.  I guess experience with the product.

21     Q.  And your tests showed in November and

22 December 2019 that we've gone over before showed

23 blistering at less than 8 mils DFT, correct?

24     A.  Yes.

25     Q.  Under Section 8, the touch-up procedure, is this

Page 112

1    what Davis-Frost was recommending if after the paint is

2    applied and cured and inspected that there's an issue

3    that needs to be addressed before the final rail car is

4    actually sold?

5        A.  Yes.

6        Q.  So, for example, on the next page under 8E as in

7    Edward, if there's low film thickness, which I take

8    would be below 4 DFT, is that right?

9        A.  I'm assuming that, yes.

10       Q.  So low film thickness Davis-Frost is

11   recommending it to be corrected by respraying or

12   brushing the paint on, depending on the size of the area

13   and location, correct?

14       A.  Correct.

15       Q.  So that would involve applying a second coat of

16   Water-Tuff paint if the first coat ended up less than 4

17   DFT?

18           MR. MAIER:  Object to the form.  Go ahead

19   and answer.

20       A.  That's what it says.

21       Q.  But you're not aware of any testing by

22   Davis-Frost prior to the test results that we looked at

23   that began in November 2019 relating to any of the

24   recommendations in Exhibit 7?

25       A.  Not to my knowledge.