

80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

Lathrop GPM LLP
lathropgpm.com

**Charles K. Maier**
Partner
Charles.Maier@LathropGPM.com
612.632.3242

June 13, 2022

The Honorable Norman K. Moon <u>**VIA CM/ECF**</u>
U.S. District Court Judge
Western District of Virginia
1101 Court Street, Suite A66
Lynchburg, VA  24504

Re:   *FreightCar America, Inc. v. Davis-Frost, Inc.* / Court Case No. 6:21-cv-00027-NKM

Dear Judge Moon:

     Pursuant to the Court's Pretrial Scheduling Order, Davis-Frost, Inc. (Davis-Frost), the moving party, hereby notifies the Court that its Motion for Summary Judgment ("Motion") is ripe for decision. Davis-Frost's Motion for Summary Judgment has been fully briefed by both parties. Neither FreightCar America, Inc. nor Davis-Frost have requested oral argument on the pending Motion. Therefore, Davis-Frost respectfully submits that the Motion is appropriate for decision without oral argument.

     The parties will be participating in mediation with a retired judge on June 17, 2022. The parties will promptly notify the Court if they settle this matter.

Sincerely,

*Charles K. Maier*

Charles K. Maier

48973693v1